

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street – Suite 1100
White Plains, New York 10606

May 21, 2025

BY ECF and EMAIL
The Honorable Judith C. McCarthy
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  <u>United States</u> v. <u>Thomas James Puccini</u>
           25 MJ 1713

Dear Judge McCarthy:

    I am writing to let the Court know that, after the conclusion of the proceeding in the above-referenced case, the Government received additional information about the defendant's father's conduct. After the presentment, Task Force Officer Woodburn told me that he saw the defendant's father in the courthouse around 3 p.m. and the father apologized to him. The Government does not believe that this information is material to the Court's ruling on detention, but nonetheless wanted to bring it to the Court's attention because the Government addressed the father's conduct in arguing against release to the defendant's home.

                Very truly yours,

                JAY CLAYTON
                United States Attorney

    by: _____
                Marcia S. Cohen
                Assistant United States Attorney
                (914) 993-1902

cc: Jane White, Esq.