UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    **2ND ORDER OF CONTINUANCE**
      -against-                                        25 Mag. 1713

THOMAS JAMES PUCCINI,

                                Defendant.
-------------------------------------------------------------------x

      Adjourned to August 13, 2025 by Victoria Reznik United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: July 16, 2025
       White Plains, New York

                                                  SO ORDERED:

                                                  _____
                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge