UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　　　　CRIMINAL ACTION

       Plaintiff,　　　　　　　　　　25 Mag. 1713

 -against-
　　　　　　　　　　　　　　　　　　　　　　　　NOTICE OF APPEARANCE
THOMAS JAMES PUCCINI,

       Defendant.
-----------------------------------------------------------------X

  **PLEASE TAKE NOTICE** that Russell Shanks, Esq. hereby appears as counsel for the defendant, THOMAS JAMES PUCCINI. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: New York, New York
   July 28, 2025

              CYRULI SHANKS & ZIZMOR LLP
              Attorneys for Defendant

              By: _____
                Russell Shanks, Esq,
              420 Lexington Avenue, Suite 2320
              New York, NY 10170
              (212) 661-6800
              rshanks@cszlaw.com