UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

UNITED STATES OF AMERICA,                    CRIMINAL ACTION

               Plaintiff,                    7:25 MJ- 1713

   -against-                                 AFFIRMATION OF
                                             PAUL FAUGNO, ESQ.

THOMAS JAMES PUCCINI,

              Defendant.
————————————————————————X

     I, Paul Faugno, submit this affirmation in support of my motion for admission to practice in the above captioned case pro hac vice. I affirm the following under penalty of perjury:

1. My full name is Paul Faugno.

2. I am an attorney with the law firm of Faugno Weis Katcher Duarte, LLC. My office is located at 235 Main Street, Hackensack, NJ 07601. My office telephone number is (201) 488-1234.

3. I was admitted to the practice of law in the State of New Jersey and became an active member of the New Jersey Bar on June 6, 1985. My Bar registration number is 006321985.

4. As evidenced by the Certificate of Good Standing attached hereto, I remain a member in good standing (see Certificate of Good Standing attached hereto as **Exhibit A**).

5. I have never been convicted of a felony, censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary hearings pending against me in any court.

Dated: New York, New York

July 28, 2025

Faugno Weis Katcher Duarte, LLC

By: _____

Paul Faugno, Esq.
235 Main Street, Suite 101
Hackensack, NJ  07601
(201) 488-1234 fax: (201) 488-3100
Paul@fwkdlaw.com