AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   7:25 MJ- 1713 |
| THOMAS JAMES PUCCINI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS JAMES PUCCINI

Date:   08/06/2025

*Attorney's signature*

PAUL FAUGNO  006321985
*Printed name and bar number*

235 MAIN STREET, SUITE 101
HACKENSACK, NJ 07601

*Address*

PAUL@FWKDLAW.COM
*E-mail address*

(201) 488-1234
*Telephone number*

(201) 488-3100
*FAX number*