UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                    **3RD ORDER OF CONTINUANCE**
              -against-                                  25 Mag. 1713

  THOMAS JAMES PUCCINI,

                              Defendant.
--------------------------------------------------------------------x

Adjourned to September 10, 2025 by Victoria Reznik, United States Magistrate Judge,

having found that the ends of justice served thereby, outweigh the best interest of the public and

the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage

of justice.

Dated:  August 13, 2025
        White Plains, New York


                                          SO ORDERED:

                                          _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge