UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                    -against-

   THOMAS JAMES PUCCINI,

                          Defendant.
-------------------------------------------------------------------X

**4TH ORDER OF CONTINUANCE**

25 Mag. 1713

Adjourned to October 8, 2025 by Andrew E. Krause, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  September 10, 2025
         White Plains, New York

SO ORDERED:

_____
ANDREW E. KRAUSE
United States Magistrate Judge